# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

138448

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

NOVASTAR HOME MORTGAGE, INC.,
        Plaintiff-Appellant,

v                                                    SC: 138448
                                                     COA: 280865
                                                     Wayne CC: 06-621753-CH

D C ACCEPTANCE, L.L.C., ADVANCE
EQUITIES, LTD., and CASSANDRA D.
CLARKE,
        Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the February 3, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, J., not participating, due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

Clerk

l0615